UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
 :
CARLTON COWIE, :
 :
 :
                    Plaintiff, :
 : 20-CV-3151 (JPC)
    -v- :
 : ORDER
 :
SODEXOMAGIC LLC and SODEXO OPERATIONS, :
LLC, :
 :
                Defendants. :
 :
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This is an action for personal injuries allegedly sustained after a cup of hot water "disintegrated" and caused hot liquid to burn Plaintiff's right foot. (Dkt. 2 ¶¶ 10, 11.) On January 7, 2021, Defendants filed a letter motion seeking leave to file a third-party complaint against non-parties Vitality Foodservice, Inc. and Seda North America, Inc., the alleged manufacturers of the cup in question. (Dkt. 24.)

    Within one week of the entry of this Order, Plaintiff shall file a letter informing the Court whether he plans to oppose Defendants' motion for leave to file a third-party complaint. If Plaintiff plans to do so, the Court will set a briefing schedule for this motion at that time.

    SO ORDERED.

Dated: January 12, 2021                             _____
      New York, New York                            JOHN P. CRONAN
                                                     United States District Judge