UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
CARLTON COWIE, :
:
:
Plaintiff, :
: 20-CV-3151 (JPC)
-v- :
: ORDER
:
SODEXOMAGIC LLC and SODEXO OPERATIONS, :
LLC, :
:
Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Defendants shall file a memorandum of law in support of their letter motion for leave to file a third-party complaint, Dkt. 24, by January 29, 2021. Plaintiff shall file any opposition by February 5, 2021. Defendants shall file any reply by February 12, 2021.

    SO ORDERED.

Dated: January 21, 2021
       New York, New York

                                       JOHN P. CRONAN
                                United States District Judge