UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARLTON COWIE,

        Plaintiff,

  -v-

SODEXOMAGIC LLC and SODEXO OPERATIONS, LLC,

        Defendants.

20-CV-3151 (JPC)

ORDER

---

JOHN P. CRONAN, United States District Judge:

    All parties are respectfully reminded that they should not file Rule 26(a) disclosures, requests for production of documents, or other discovery matters on the docket.

    SO ORDERED.

Dated: May 26, 2021
       New York, New York

                                  JOHN P. CRONAN
                               United States District Judge