UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
 :
CARLTON COWIE, :
                Plaintiff, :
 :
    -v- :    20 Civ. 3151 (JPC)
 :
SODEXOMAGIC LLC and SODEXO OPERATIONS, :    ORDER
LLC, :
 :
                Defendants. :
------------------------------------------------------------------------X
 :
SODEXOMAGIC LLC and SODEXO OPERATIONS, :
LLC, :
 :
                Third Party Plaintiffs, :
 :
    -v- :
 :
VITALITY FOODSERVICE, INC. d/b/a NESTLE :
PROFESSIONAL VITALITY and SEDA NORTH :
AMERICA, INC., :
 :
                Third Party Defendants. :
 :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      Pursuant to the amended case management plan, Dkt. 81, the parties were required to file a status update with the Court by December 6, 2022. The parties have failed to do so. Therefore, the parties are directed to file this status update by December 20, 2022.

      SO ORDERED.

Dated: December 15, 2022
      New York, New York

                                                                      JOHN P. CRONAN
                                                                      United States District Judge