UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                          :
CARLTON COWIE,                               :
              Plaintiff,            :

-v-                    :      20 Civ. 3151 (JPC)

SODEXOMAGIC LLC and SODEXO OPERATIONS,  :      ORDER
LLC,                         :

            Defendants.      :
----------------------------------------------------------------------X
                              :
SODEXOMAGIC LLC and SODEXO OPERATIONS,  :
LLC,                         :

        Third Party Plaintiffs,  :

-v-                    :

VITALITY FOODSERVICE, INC. d/b/a NESTLE  :
PROFESSIONAL VITALITY and SEDA NORTH     :
AMERICA, INC.,                   :

        Third Party Defendants.  :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On February 23, 2023 the Court extended the deadline for fact discovery in this case to March 31, 2023. Accordingly, affirmative expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be made on or before April 25, 2023. Responsive expert disclosures pursuant to Rule 26(a)(2) of the Federal Rules of Civil Procedure shall be made on or before May 5, 2023. All expert discovery, including expert depositions, shall be completed no later than May 31, 2023. No later than June 7, 2023, the parties shall submit a joint status letter to the Court advising the Court as to whether the parties request a referral to the assigned Magistrate Judge

for a settlement conference or to the Court-annexed mediation program, whether any party plans to file a post-discovery motion, the anticipated grounds for any such motion, and the opposing party's anticipated grounds for opposing the motion. In the event any party plans to file a post-discovery motion, the joint status letter will satisfy the Court's pre-motion letter requirement.

SO ORDERED.

Dated: April 18, 2023
New York, New York

_____
JOHN P. CRONAN
United States District Judge